# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

PRENTISS JACKSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-3556

_____

February 16, 2024

Appeal from the Circuit Court for Hillsborough County; Melissa M. Polo, Judge.

Rachael E. Reese and Olivia M. Goodman of O'Brien Hatfield Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, KELLY, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior publication.